Entered on Docket June 10, 2020

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| United States Trustee, | Misc. Pro. No. 20-00100-MLB |
| Plaintiff, | |
| v. | |
| Thomas McAvity and Northwest Debt Relief Law Firm, | **ORDER REASSIGNING CASE** |
| Defendants. | |

    This matter came before me *sua sponte*. Good cause exists to transfer the case to Judge Mary Jo Heston. Now, therefore, this case is transferred to the Tacoma Division and reassigned to Judge Heston.

/// END OF ORDER ///

1